**LEWIS BRISBOIS BISGAARD & SMITH LLP**
THOMAS G. OESTERREICH, SB# 126131
  E-Mail: Thomas.Oesterreich@lewisbrisbois.com
ALALEH T. KHOSROWPOUR, SB# 246538
  E-Mail: Alaleh.Khosrowpour@lewisbrisbois.com
GEOFFREY M. HERSCH, SB# 310241
  E-Mail: Geoffrey.Hersch@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendants MICHELLE ANNE BHOLAT, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA erroneously named as UC Regents and UCLA School of Medicine Family Medicine International Medical Graduate Program

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA RHEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE ANNE BHOLAT, UCLA SCHOOL OF MEDICINE FAMILY MEDICINE INTERNATIONAL MEDICAL GRADUATE PROGRAM, UC REGENTS.<br><br>    Defendants. | CASE NO. SACV18-00975PA(JC)<br><br>**REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  October 15, 2018<br>Time:  1:30 p.m.<br>Judge:  Hon. Percy Anderson<br><br>Trial Date:  None Set<br>Filed:  June 4, 2018 |

TO HANNA RHEE, PLAINTIFF IN PRO SE:

PLEASE TAKE NOTICE that on October 15, 2018 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 9A of the above-entitled Court, located at First Street Courthouse, 350 W. 1st Street, 9th Floor, Los Angeles,

4834-6809-3040.1

1

REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

California 90012, Defendants MICHELLE ANNE BHOLAT and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA erroneously named as UC Regents and UCLA School of Medicine Family Medicine International Medical Graduate Program, will and hereby do request this Court take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

(1) The public record regarding Plaintiff's medical license with the Medical Board of California (Exhibit 1);

(2) The Accusation filed against Plaintiff with the Medical Board of California (Exhibit 2);

(3) The Complaint filed by Plaintiff in the Eastern District of California (Exhibit 3);

(4) Plaintiff's Motion for Change of Venue filed in the Eastern District action (Exhibit 4);

(5) The Motion to Dismiss filed by the Medical Board of California in the Eastern District action (Exhibit 5);

(6) The Motion to Dismiss filed by the individual defendants in the Eastern District action (Exhibit 6);

(7) The findings and recommendations granting the Motions to Dismiss (Exhibit 7); and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     (8)    The findings and recommendations denying Plaintiff's Motion for Change of Venue. (Exhibit 8).

DATED: September 7, 2018     Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Alaleh T. Khosrowpour*
Thomas G. Oesterreich
Alaleh T. Khosrowpour
Geoffrey M. Hersch
Attorneys for MICHELLE ANNE BHOLAT, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA erroneously named as UC Regents and UCLA School of Medicine Family Medicine International Medical Graduate Program

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("The Regents") and MICHELLE ANNE BHOLAT ("Dr. Bholat") respectfully request the Court take judicial notice of information incorporated by reference in the Complaint and easily verifiable which are fundamental in showing the Complaint should be dismissed.

## II. STATEMENT OF RELIEF SOUGHT

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants request the Court take judicial notice of the following:

(1) The public record regarding Plaintiff's medical license with the Medical Board of California (Exhibit 1);

(2) The Accusation filed against Plaintiff with the Medical Board of California (Exhibit 2);

(3) The Complaint filed by Plaintiff in the Eastern District of California (Exhibit 3);

(4) Plaintiff's Motion for Change of Venue filed in the Eastern District action (Exhibit 4);

(5) The Motion to Dismiss filed by the Medical Board of California in the Eastern District action (Exhibit 5);

(6) The Motion to Dismiss filed by the individual defendants in the Eastern District action (Exhibit 6);

(7) The findings and recommendations granting the Motions to Dismiss (Exhibit 7); and

(8) The findings and recommendations denying Plaintiff's Motion for Change of Venue. (Exhibit 8).

/ / /

## III. STATEMENT OF FACTS

### A. Investigation and Accusation with the Medical Board of California.

Plaintiff obtained a certificate (No A116932) to practice medicine from the Medical Board of California ("MBOC") on or about May 11, 2011. (See Exhibit 1). In or around March 2015, Plaintiff started working at the Orchard Hospital Medical Specialty Center ("Orchard Hospital") in Gridley, California. (See Exhibit 2 at ¶ 2; see also Exhibit 3 p. 6).

In May 2015, Orchard Hospital entered into a three-year employment agreement with Plaintiff. (See Exhibit 2 at ¶ 10; see also Exhibit 3 at p. 10). Sometime between May 2015 and September 2015, Orchard Hospital initiated an investigation of Plaintiff after receiving a number of complaints from patients and other staff members. (See Exhibit 2 at ¶ 11; see also Exhibit 3 at p. 9). On September 17, 2015, Plaintiff resigned her privileges at Orchard Hospital while the investigation was still ongoing. (See Exhibit 2 at ¶ 11; see also Exhibit 3 at p. 9). On November 16, 2015, Orchard Hospital filed a mandatory report pursuant to California Business & Professions Code section 805 notifying MBOC of Plaintiff's resignation during a pending investigation.  (See Exhibit 2 at ¶ 11; see also Exhibit 3 at p. 9).

In January 2017, MBOC investigators interviewed Plaintiff in connection with the report by Orchard Hospital. (See Exhibit 2 at ¶¶ 13–14; see also Exhibit 3 at p. 10). On or about July 18, 2017, Dr. Bholat, an MBOC member, signed an order requiring Plaintiff to undergo a psychiatric evaluation based on the declaration of Reinhardt Hilzinger, M.D. HQUI, an MBOC consultant. (See Exhibit 2 at ¶ 18; see also Exhibit 3 at p. 10). In August 2017, Plaintiff submitted to a psychiatric examination by Nathan Lavid, M.D. (See Exhibit 2 at ¶ 18; see also Exhibit 3 at p. 10). On January 9, 2018, MBOC posted an Accusation (Case No. 800-2015-018187) on their website and Plaintiff received notice of the accusation on January 11, 2018.

4834-6809-3040.1

5

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

(See Complaint at p. 4–5; see also Exhibit 2; Exhibit 3 at p. 11). The Accusation is currently pending and Plaintiff's license has not been revoked. (See Exhibit 1).

### B. Plaintiff's Complaint in the Eastern District Court.

On January 17, 2018, Plaintiff filed a Complaint (Docket No. 2018CV-00105-GEB-CMK) in the U.S. District Court for the Eastern District of California against MBOC, Dr. Bholat, and Orchard Hospital, amongst others. (See Complaint at p. 4–5; see also Exhibit 3). Plaintiff's Complaint in the Eastern District asserts several claims under 42 U.S.C. § 1983 for depriving her of equal protection, violating her right to privacy, violating her right to freedom of speech, press, and to peaceably assemble, and violating her right to work. (See Complaint at p. 4–5; see also Exhibit 3 at pp. 12–15). On March 5, 2018, Plaintiff filed a Motion for Change of Venue to transfer the matter to the United States District Court for the Central District of California. (See Exhibit 4).

On April 6, 2018, MBOC filed a Motion to Dismiss or Stay the Action arguing, in relevant part, that *Younger* abstention applies as the state license proceedings are still pending, MBOC and those acting on its behalf are immune from suit under the Eleventh Amendment, and Plaintiff's Complaint fails to state a claim upon which relief may be granted. (See Exhibit 5).

On July 12, 2018, United States Magistrate Judge Craig Kellison ("Judge Kellison") issued findings and recommendations on the Motion to Dismiss the Eastern District Action. (See Exhibit 7). Specifically, Judge Kellison recommended the Court grant the Motion based on *Younger* abstention and the immunity under the Eleventh Amendment. (See Exhibit 7). The same day, Judge Kellison denied Plaintiff's Motion for Change of Venue to this Court finding Plaintiff's contention that Los Angeles is more diverse culturally, economically, and religiously diverse insufficient. (See Exhibit 8).

/ / /

4834-6809-3040.1

6

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

## IV. LEGAL STANDARD

"The court may judicially notice a fact that is not subject to reasonable dispute because it… can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." (USCS Fed. Rules Evid. R. 201(b)(2); compare *United States v. Richie* (2003) 342 F.3d 903, 908 ("A court may… consider certain materials – documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice – without converting the motion to dismiss into a motion for summary judgment")).

## V. ARGUMENT

### A. Defendants Request the Court Take Judicial Notice because Plaintiff Extensively Refers to the Information in the Complaint.

"We have said that a document is not 'outside' the complaint if the complaint specifically refers to the document and if its authenticity is not questioned." (*Branch v. Tunnell* (1994) 14 F.3d 449, 453). In this case, Plaintiff's Complaint extensively refers to her medical license, the Accusation filed with MBOC, and the prior action in the Eastern District of California, including the Motions to Dismiss (See Complaint). As a result, Defendants request the Court take judicial notice of Plaintiff's public record with MBOC, the Accusation, the Complaint filed in the Eastern District, and the Motions to Dismiss because Plaintiff extensively refers to these documents in the Complaint thereby incorporating them by reference and the authenticity of these documents cannot be questioned.

### B. Defendants Further Request the Court Take Judicial Notice of the Above-Referenced Facts because They Are Verifiable by Resort to Public Records.

A court may take judicial notice of matters of public record, unpublished orders in related proceedings, and records and reports of administrative bodies. (See *Mack v. South Bay Beer Distribs.* (1986) 798 F.2d 1279, 1282; see also *Kourtis v.*

4834-6809-3040.1

7

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

*Cameron* (2005) 419 F.3d 989, 994 fn. 2 *citing Shaw v. Hahn* (1995) 56 F.3d 1128, 1129 fn. 1). In this case, argues she lost business after an Accusation was filed with the Medical Board of California regarding her medical license. (See Complaint at p. 4–5; see also Exhibit 1). Further, Plaintiff previously filed a related suit, which named Dr. Bholat as a Defendant, and filed a Motion for Change of Venue to this Court. (See Exhibit 3; see also Exhibit 4). Defendants therefore request the Court take judicial notice of the attached evidence, which is accurately and readily verifiable by reference to sources which cannot be reasonably questioned.

## VI.  CONCLUSION

For the foregoing reasons, Defendants respectfully request the Court take judicial notice of adjudicative facts pursuant to Federal Rule of Evidence 201. Specifically, Defendants request the Court take judicial notice of the following:

(1) The public record regarding Plaintiff's medical license with the Medical Board of California (Exhibit 1);

(2) The Accusation filed against Plaintiff with the Medical Board of California (Exhibit 2);

(3) The Complaint filed by Plaintiff in the Eastern District of California (Exhibit 3);

(4) Plaintiff's Motion for Change of Venue filed in the Eastern District action (Exhibit 4);

(5) The Motion to Dismiss filed by the Medical Board of California in the Eastern District action (Exhibit 5);

(6) The Motion to Dismiss filed by the individual defendants in the Eastern District action (Exhibit 6);

(7) The findings and recommendations granting the Motions to Dismiss (Exhibit 7); and

/ / /

4834-6809-3040.1

8

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

    (8)    The findings and recommendations denying Plaintiff's Motion for Change of Venue. (Exhibit 8).

DATED: September 7, 2018

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Alaleh T. Khosrowpour*
Thomas G. Oesterreich
Alaleh T. Khosrowpour
Geoffrey M. Hersch
Attorneys for Defendants MICHELLE ANNE BHOLAT, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA erroneously named as UC Regents and UCLA School of Medicine Family Medicine International Medical Graduate Program

4834-6809-3040.1

9

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS MICHELLE ANNE BHOLAT AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA