UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA RHEE,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHELLE ANNE BHOLAT,<br>et al.,<br><br>            Defendants. | Case No. SACV 18-975 PA(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the Complaint, all documents filed by the parties in connection with defendants' Motion to Dismiss and Request for Judicial Notice, and the June 11, 2019 Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the Report and Recommendation.

      IT IS HEREBY ORDERED: (1) the Request for Judicial Notice is granted; (2) defendants' evidentiary objection to the exhibit attached to plaintiff's Opposition to the Motion to Dismiss is overruled; (3) the Motion to Dismiss is granted to the extent it seeks dismissal of the Complaint without leave to amend based upon plaintiff's failure to state a claim upon which relief may be granted against defendants in light of their immunity from this suit; (4) the Complaint is

dismissed without leave to amend as amendment would be futile; and

(5) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for plaintiff and defendants.

IT IS SO ORDERED

DATED: July 3, 2019

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE