JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HANNA RHEE,

                Plaintiff,

       v.

MICHELLE ANNE BHOLAT,
et al.,

                Defendants.

Case No. SACV 18-975 PA(JC)

JUDGMENT

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Complaint is dismissed without leave to amend.

    IT IS SO ADJUDGED.

DATED: July 3, 2019

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE